IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00096-BO-RN

ALFRED E. BENSON )
)
*Plaintiff* )
v. )
UNITED STATES OF AMERICA, )
)
*Defendant* )

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Fed. R. Civ. P. 25, Plaintiff's motion for substitution of party is hereby GRANTED and the Court ORDERS as follows: "Shelley S. Larkins, Personal Representative for the Estate of Alfred E. Benson" be substituted in place of "Alfred E. Benson" and Decedent's claims survive, and the action on his behalf may proceed. The caption of this case shall be amended to reflect such substitution.

SO ORDERED. This __29__ day of November, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE